Slip Op. 01 - 15

# UNITED STATES COURT OF INTERNATIONAL TRADE

—————————————————————————
                                                    :
CAMARGO CORREA METAIS, S.A.,                        :
                                                    :
        Plaintiff,                      :
                                                    :
      v.                                        :      **Before: MUSGRAVE, JUDGE**
                                                    :      Consol. Court No. 91-09-00641
THE UNITED STATES,                                 :
                                                    :
        Defendant,                      :
                                                    :
                                                    :
        and                            :
                                                    :
AMERICAN ALLOYS, INC., ELKEM METALS               :
CO., GLOBE METALLURGICAL, INC.,                    :
SIMETCO, INC., and SKW ALLOYS, INC.,              :
                                                    :
        Defendant-Intervenors.          :
—————————————————————————:

## JUDGMENT

      This Court having received and reviewed *United States Department of Commerce Final Redetermination Pursuant to Court Remand* ("Remand Results") following *Camargo Correa Metais, S.A. v. United States*, 24 CIT ___, Slip Op. 00-96 (August 4, 2000) , Defendant-Intervenors' comments thereon, and Commerce having complied with the Court's remand order, and no other responses to the Remand Results having been submitted by the parties, it is hereby

      **ORDERED** that the Remand Results filed by Commerce on December 1, 2000 are sustained in their entirety; and it is further

      **ORDERED** that, all other issues having been decided, this matter is concluded.

_____
Dated: February 14, 2001            R. KENTON MUSGRAVE, Judge
     New York, New York